# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| Michelle Bays, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.<br>) 12-1295-CV-W-JTM |
| Carolyn W. Colvin, | )<br>) |
| Defendant. | )<br>) |

## **O R D E R**

On Friday, November 8, 2013, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed March 14, 2013, [Doc. 7] and the *Brief For Defendant*, filed June 27, 2013, [Doc. 14]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                               */s/ John T. Maughmer*
                               **JOHN T. MAUGHMER**
                               **U. S. MAGISTRATE JUDGE**